

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| George Michael Campbell and Juvanna Cruz, | § | No. 08-17-00214-CV |
|  | § | Appeal from the |
| Appellant, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| Nationstar Mortgage, LLC., | § | (TC# 2016DCV4035) |
| Appellee. | § |  |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 11, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Leticia Perez, Official Court Reporter for the 41st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before February 11, 2018.

IT IS SO ORDERED this 12th day of January, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.